UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **No. 3:09-00204** |
| | ) | **Judge Echols** |
| **ELLIOT COLUMBUS MEDLIN** | ) | |
| | ) | |

## ORDER

In accordance with the Memorandum entered contemporaneously herewith, Defendant Elliot Columbus Medlin's Motion To Suppress (Docket Entry No. 19) is hereby DENIED.

It is so ORDERED.

_____
ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE